THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROLAND MA, | CASE NO. C19-1112-JCC |
| Plaintiff, | ORDER |
| v. | |
| DEPARTMENT OF EDUCATION, and UNIVERSITY OF SOUTHERN CALIFORNIA, | |
| Defendants. | |

This matter comes before the Court on Plaintiff's Motion to Stay the Execution of the Contempt Judgment (Dkt. No. 64). The Court DENIES the motion for the reasons explained herein.

On April 29, 2020, the Court found civil contempt sanctions warranted against Plaintiff for repeated and apparently willful violations of the parties' settlement agreement (Dkt. No. 62). Defendant moved for an emergency appeal of the Court's order in the United States Court of Appeals for the Ninth Circuit and moved this Court to stay the contempt judgment. (Dkt. Nos. 63, 64.) The Court of Appeals has since denied that motion and the Court has received unchallenged reports from Defendants that Plaintiff continues to be in contempt. (*See* Dkt. Nos. 66, 67.) Plaintiff's motion provides the Court no cognizable basis to stay the contempt judgment.

For the foregoing reasons, Plaintiff's Motion to Stay the Execution of the Contempt

ORDER
C19-1112-JCC
PAGE - 1

1  Judgment (Dkt. No. 64) is DENIED. Sanctions will continue to accrue as articulated in the

2  Court's April 20, 2020 order (Dkt. No. 62).

3        DATED this 16th day of September 2020.

                                            John C. Coughenour
                                            UNITED STATES DISTRICT JUDGE