THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROLAND MA, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF EDUCATION, *et al.*, <br><br> Defendants. | CASE NO. C19-1112-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for reconsideration (Dkt. No. 78) of the Court's Order (Dkt. No. 77) finding Plaintiff to be a vexatious litigant. Plaintiff does not show that the Court committed manifest error. Accordingly, the motion for reconsideration (Dkt. No. 78) is DENIED. The Clerk is DIRECTED to mail a copy of this order to Plaintiff.

DATED this 19th day of February 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk