THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROLAND MA,<br><br>                     Plaintiff,<br><br>          v.<br><br>DEPARTMENT OF EDUCATION, *et al.*,<br><br>                     Defendants. | CASE NO. C19-1112-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for relief from a judgment (Dkt. No. 82). Plaintiff does not demonstrate grounds for the relief he seeks. *See* Fed. R. Civ. P. 60(b). Accordingly, the motion is DENIED. The Clerk is DIRECTED to mail a copy of this order to Plaintiff.

DATED this 30th day of August 2021.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Sandra Rawski<br>
Deputy Clerk